IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIAN SANTIAGO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-2114 |
| CITYWIDE COMMUNITY COUNSELING, SERVICES, INC., | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 12th day of August, 2013, upon consideration of the "Motion to Dismiss Plaintiff's Complaint" (Doc. 7) filed by Defendant, Citywide Community Counseling Services, Inc., and the Response in Opposition filed by Plaintiff, Lillian Santiago, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE